IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Guadgnola, James | Case Number: 05 B 11034 |
|---|---|---|
| | Guadgnola, Donna | Judge: Wedoff, Eugene R |
| | Printed: 5/6/08 | Filed: 3/25/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: February 21, 2008
Confirmed: May 5, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 15,127.88 | |
| Secured: | | 7,840.30 |
| Unsecured: | | 2,498.42 |
| Priority: | | 0.00 |
| Administrative: | | 2,200.00 |
| Trustee Fee: | | 644.24 |
| Other Funds: | | 1,944.92 |
| Totals: | 15,127.88 | 15,127.88 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Martin Y Joseph | Administrative | 2,200.00 | 2,200.00 |
| 2. | Citicorp Mortgage Inc | Secured | 0.00 | 0.00 |
| 3. | Citicorp Mortgage Inc | Secured | 7,840.30 | 7,840.30 |
| 4. | SuraSak Pratuangtham | Unsecured | 266.12 | 239.38 |
| 5. | Palos Community Hospital | Unsecured | 1,818.70 | 1,818.70 |
| 6. | Creditors Discount & Audit Co | Unsecured | 440.34 | 440.34 |
| 7. | Direct Tv | Unsecured | | No Claim Filed |
| 8. | Cingular Wireless | Unsecured | | No Claim Filed |
| 9. | Capital One | Unsecured | | No Claim Filed |
| 10. | Asset Acceptance | Unsecured | | No Claim Filed |
| 11. | Gerald Cahill | Unsecured | | No Claim Filed |
| 12. | IC Collections | Unsecured | | No Claim Filed |
| 13. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 14. | Merchants Credit Guide | Unsecured | | No Claim Filed |
| 15. | Medical Building Bureau | Unsecured | | No Claim Filed |
| 16. | Medela Inc. | Unsecured | | No Claim Filed |
| 17. | Micard Services | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 12,565.46 | $ 12,538.72 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 63.55 |
| 5.5% | 213.01 |
| 5% | 64.55 |
| 4.8% | 123.94 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Guadgnola, James<br>Guadgnola, Donna<br>Printed:  5/6/08 | Case Number:  05 B 11034<br>Judge:  Wedoff, Eugene R<br>Filed:  3/25/05 |

```
            5.4%              179.19
                           _____
                           $ 644.24
```

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

